UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Green Miller Jr.

    Plaintiff

-v-

                              Civil Action # 06-01935 JDB

District of Columbia, et al.

    Defendant

## Plaintiff's Compliance With Local Rule 65.1

Comes now the Plaintiff, Green Miller Jr Pro Se and certifies that he personally hand delivered a copy of the "Verified Complaint For Declaratory Judgment Permanent Injunctive Relief and Damages" and "Plaintiff's Motion For Temporary Restraining Order and Permanent Injunction" to Mr D. Fields, who was designated as the person to receive service for the D.C. Attorney General. The documents were delivered at 4:44 PM on November 13, 2006 to:

441 Fourth St NW, Suite 600 South
Washington, D.C. 20024
202-727-6295

See Attachment

Respectfully Submitted
Green Miller Jr
700 Seventh St SW #508
Washington, DC 20024
202-488-1449

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

.en Miller Jr.  
) Seventh St. SW # 508  
ıshington, D.C. 20024  
2 488-1449  
    Plaintiff

V.

District of Columbia  
  Mayor  
  Director, D.C. Department of  
    Housing and Community Development  
  Lynn C. French, Administrator, DC  
    Homestead Program  
        Defendants

Serve: D.C. Attorney General  
  441 Fourth St., NW  
  Suite 600 South  
  Washington, D.C. 20001  
  202 727-3400

CASE NUMBER   1:06CV01935

JUDGE: John D. Bates

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 11/13/2006

**Verified Complaint For Declaratory Judgment**
**Permanent Injunctive Relief and Damages**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Green Miller Jr.

    Plaintiff

-v-

       * Civil Action # _____

District of Columbia, et al.

    Defendant

### PLAINFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PERMANENT INJUNCTION

Comes now the Plaintiff, Green Miller, Jr., Pro Se and respectfully moves this Court to enter an Order setting aside Defendant's illegal tax sale of the following properties owned by the Plaintiff in the District of Columbia located at:

2560 University Place, NW   Lot 0834 Square 2663

6920 Eighth Street, NW      Lot 0073 Square 2967

Further, to prohibit Defendant or anyone acting in concert with or under them from finalizing the sale.
FURTHER, REQUIRE THE DEFENDANT, WITHIN SEVEN DAYS, TO FILE APPROPRIATE DOCUMENTS REFLECTING THEIR COMPLIANCE WITH THE COURT'S ORDERS.
Plaintiff is prepared to place the disputed tax sale amounts in the court's registry pending litigation.
Points and authorities and a proposed order are attached.

Respectfully Submitted,

Green Miller, Jr.
700 Seventh Street, SW
Washington, DC 20024
(202)488-1449

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Green Miller Jr.

    Plaintiff

-v-

District of Columbia, et al.

    Defendant

Civil Action # 06-01935 JDB

### Notice of Filing

Come now the Plaintiff, Green Miller Jr, Pro Se to note that he filed the subject complaint on November 13, 2006.

Green Miller Jr.
Green Miller Jr
700 Seventh St SW #508
Washington, D.C. 20024
202-488-1449

### Certificate of Service

I certify that service of a copy of this Notice was hand delivered to:

November 14, 2006
D.C. Attorney General
441 Fourth St. NW
Suite 600 South
Washington, D.C. 20001

**RECEIVED**
NOV 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT