UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GREEN MILLER JR.,

   Plaintiff,

   v.                                                        No. 1:06-cv-01935-JDB

DISTRICT OF COLUMBIA,

   Defendant

## O R D E R

Upon consideration of Plaintiff's Motion for Temporary Restraining Order and Permanent Injunction, Defendant District of Columbia's Opposition thereto, and for good cause, it is this _____, 2006

ORDERED that Plaintiff's motion is denied, with prejudice.

_____
J U D G E

Copies to:

Joseph F. Ferguson, Jr.
Assistant Attorney General
441 4th Street, N.W.
Washington, DC  20001

Green Miller, Jr.
700 Seventh Street, S.W.
Washington, DC  20024