UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREEN MILLER, JR.,<br><br>   Plaintiff,<br><br>   v.<br><br>DISTRICT OF COLUMBIA, ET AL.,<br><br>   Defendants. | Civil Action No. 06-1935 (JDB) |

### ORDER

Upon consideration of plaintiff's motion for a temporary restraining order and for a permanent injunction, the opposition thereto, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 20th day of November, 2006, hereby

**ORDERED** that plaintiff's motion for a temporary restraining order is **DENIED**; and it is further

**ORDERED** that defendant shall submit any motion to dismiss for lack of subject matter jurisdiction by not later than December 13, 2006, with plaintiff's response due by not later than January 3, 2007, and defendant's reply, if any, due by not later than January 10, 2007.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated:   November 20, 2006

1