AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Green Miller Jr
V.

District of Columbia

SUMMONS IN A CIVIL CASE

CASE NUMBER 1:06CV01935

JUDGE: John D. Bates

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 11/13/2006

TO: (Name and address of Defendant)

District of Columbia   serve: DC Attorney General
441 Fourth St NW
South 600 South
Washington, D.C. 20001
202-727-3400

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

Green Miller Jr
700 Seventh St SW #508
Washington, D.C. 20024
202-488-1449

an answer to the complaint which is served on you with this summons, within ~~8~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

NOV 13 2006
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | NOVEMBER 14, 2006 |
| NAME OF SERVER (PRINT) GEORGE A. GIBSON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: DC ATTORNEY GENERAL 441 FOURTH ST, NW, SUITE 600 SOUTH, WASHINGTON DC 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED AT 3:08 PM MS D. FIELDS WAS DESIGNATED TO RECEIVE SERVICE FOR DC ATTORNEY GENERAL.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $5 | $15 | $20 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11-14-2006        *George A. Gibson*
                              Signature of Server

614 5TH ST NE; WASHINGTON DC 20002
Address of Server

Rec. 11/14/06    3:08 pm

**RECEIVED**

NOV 14 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.