# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**GREEN MILLER, JR.,** *pro se*

Plaintiff,

v.

**DISTRICT OF COLUMBIA, ET AL.**

Defendants.

Civil Action No.  06-1935 (JDB)

## ORDER

Plaintiff Green Miller filed this action against defendant the District of Columbia seeking a temporary restraining order (TRO) and a permanent injunction setting aside the tax sales of two of plaintiff's properties.  This Court denied plaintiff's motion for a TRO on November 20, 2006, and set a schedule for defendant to file a motion to dismiss.  Defendant filed its motion on December 1, 2006.  Plaintiff is representing himself, pro se.  In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case."  Id. at 509.

Therefore, the Court hereby advises plaintiff that he must respond to defendant's previously filed motion to dismiss by January 3, 2007, the date for filing a response that is set

forth in the Court's order issued on November 20, 2006.  If plaintiff does not respond, the Court

will treat the motion as conceded and dismiss the complaint.

**SO ORDERED.**

   /s/       John D. Bates             

JOHN D. BATES
United States District Judge


Dated:   December 11, 2006          


*Copies to:*

Green Miller, Jr.
700 Seventh Street, SW
Apartment 508
Washington, DC 20024
(202) 488-1449
      *Pro se plaintiff*

David Fisher
District of Columbia Attorney General
441 4th Street, NW, Suite 600N
Washington, DC 20001
(202) 724-6658
Fax: (202) 727-6014
Email: david.fisher@dc.gov
      *Counsel for defendant*