United States District Court
For The District of Columbia

Green Miller Jr,
    Plaintiff

District of Columbia, et al.
    Defendants

Civil Action No. 06-1935 (JDB)

RECEIVED
JAN 8  2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Motion For Extention of Time
To Oppose
Motion To Dismiss

Comes Now Plaintiff, Green Miller Jr, Pro Se and moves this Court to grant him to and including March 5, 2007 within which to file the subject opposition for the following reasons:

1. Plaintiff has had a recurrance of prostate cancer and is currently in the process of undergoing tests while also evaluating his options, i.e. treatments, Doctors and institutions. Attachments (A & B)

2. Plaintiff is currently on travel as part of that process. Attachment (C)

3. Plaintiff, under protest, paid the total amount of real estate taxes alledged by the Defendent; therefore defendent will not be harmed. Att. (D)

Based on the foregoing Plaintiff requests that his motion be granted.

Respectfully submitted
Green Miller Jr
700 Seventh St SW #508
Washington, D.C. 20024
202-488-1449

Certificate of Service

I certify that a copy the foregoing motion was mailed, Postage Paid, Jan 2, 2007 to Joseph F. Ferguson Jr, Assistant Attorney General, 441 Forth St NW, Ste 6N75 Washington, D.C. 20001

Green Miller Jr

**Referral Office**
The Harry and Jeanette Weinberg Building
401 North Broadway / Suite 1343
Baltimore, Maryland 21231-1146
www.hopkinskimmelcancercenter.org



JOHNS HOPKINS
M E D I C I N E

THE SIDNEY KIMMEL
COMPREHENSIVE CANCER
CENTER

Dear Green Miller,

This letter is to confirm your appointment with a cancer care specialist at *The Sidney Kimmel Comprehensive Cancer Center at Johns Hopkins*. We welcome you to the Cancer Center and ask that you read the information below to prepare for your visit. All of us at Johns Hopkins offer our full support, resources, and expertise as we join with you in managing your cancer care.

| Date: | 12/05/06 (12/12/06) | Doctor: | Michael Carducci |
|---|---|---|---|
| Time: | 11:00 / 8:00 a.m. | Location: | FIRST FLOOR REGISTRATION |

- If you must cancel your appointment, please call 410-955-8964 opt 2 at least 48 hours in advance of your scheduled visit.

- Please arrive one hour before your scheduled appointment to complete the registration process.

- Please bring a photo ID and all insurance cards.

- Our specialists will need certain medical information in advance of your appointment. Please be ready to supply x-rays, CT scans or films, pathology slides, surgical reports and a summary of your treatment to date.

- Before your visit, you must obtain all referrals and/or authorizations required by your insurance company. Costs that are not approved by your insurance company must be paid at your visit. If you have concerns or questions about billing and/or payments, financial counselors will be available to assist you. If you would like to speak with a financial counselor, please call 410-955-8995.

Prior to your appointment, please fax all referrals and authorization numbers to the Registration Office at 410-614-8948. In addition, please bring copies of these referrals and insurance authorization numbers with you. Directions to the Weinberg Building, parking instructions, and information about the clinic you will be visiting are enclosed. If you need information about lodging/hotel accommodations, please call 1-800-225-2201.

Enclosed is a brochure that provides general information about cancer clinical trials. Cancer treatment clinical trials are research studies to find better ways to treat cancer. Please let your doctor or nurse know if you are interested in finding out more about whether a clinical trial is right for you.

Sincerely,

*Arnessa McPherson-Smith*
**Arnessa McPherson-Smith**
Referral Coordinator
Enclosure



NCI
CCC
A Comprehensive Cancer
Center Designated by the
National Cancer Institute

The Johns Hopkins Outpatient Center
UROLOGY, ADULT PRIV
601 North Caroline Street
Baltimore, Maryland  21287

November 21, 2006

GREEN MILLER                                        6-288-52-82
700 7TH STREET S W
APT 508
WASHINGTON, DC 20024



Dear Green Miller,

This letter is to confirm the following appointment:

        DOCTOR/SERVICE.........: Arthur Burnett, MD
        CLINIC.................: Urology, Adult Priv
        LOCATION...............: Outpatient Center, 4th Floor
        DATE...................: December 4, 2006
        TIME...................: 10:30 a.m.

The Johns Hopkins Outpatient Center is located at 601 North Caroline
Street.  For your convenience, a parking garage is available adjacent
to the building.

On the day of your visit, please arrive **30 minutes** prior to
your first appointment and come directly to **Patient Information,**
located on the first floor of the Outpatient Center.  There you
will receive your Johns Hopkins Hospital ID plate.  Please bring
the following items:

        1.  Your Johns Hopkins Hospital ID plate (if available).
        2.  **Insurance cards and completed forms if necessary.**
        3.  **Completed HMO/PPO authorization/referral forms.**
        4.  Complete name, address, phone number, and UPIN number (if
            available) of your referring physician.
        5.  **Any X-rays and scans (actual films) with reports from
            outside facility.**

Please review the last page of this letter.  For your convenience
we have provided you with this information sheet so that you can
enter and provide us with this pertinent information.  It is
important that you bring this information when you arrive in the
clinic.

If you must cancel this appointment, please notify us at least **48
hours** in advance of your appointment at 410-955-6100.  We will
be happy to reschedule another appointment for you at that time.  If
you need driving directions to the Outpatient Center, please call
410-955-9500.

# SOUTHWEST AIRLINES®
## TICKETLESS TRAVEL℠

Nontransferrable. Positive Identification Required
BRING A COPY OF THIS ITINERARY TO THE AIRPORT FOR FLIGHT CHECKIN
Receipt and Itinerary as of 12/03/2006 07:51AM

Confirmation Number:   5670PW            Received: GREEN
Confirmation Date:   12/03/2006

Passenger(s):                            Account Number:
   MILLER JR/GREEN 526-2759322877-0

| Itinerary: | Flt# | Date | Depart | Arrive |
|---|---|---|---|---|
| BALTIMORE-WASHNTN/HOUSTON HOBBY | 1965 Q | 16DEC06 | 12:25PM | 03:00PM |
| HOUSTON HOBBY/BALTIMORE-WASHNTN | 2681 Q | 13JAN07 | 12:15PM | 04:05PM |

**********

Cost:                Total for 1 Passenger(s)    AIR:        258.60
                                                 TAX:         26.00
                                                 PFC:          7.50
                                         SECURITY FEE:         5.00
                                                          ---------
                                              TOTAL FARE:   $297.10
**********

Payment Summary:
  Current payment(s):
   03DEC2006 VISA xxxxxxxxxxxx1649                            297.10

                                     Total Payments:         $297.10
**********

Fare Rule(s):
   VALID ONLY ON SOUTHWEST AIRLINES
     AGE 65 OR OVER/ID REQUIRED
   All travel involving funds from this confirm no. must be completed by
   12/03/07.
Fare Calculation:
   SRC- 1 BWIWNHOU QCD 139.00   HOUWNBWI QCD 139.00      $278.00
        ZP6.60 XFBWI4.50 HOU3.00 AYBWI2.50 HOU2.50       $297.10

### CONDITIONS OF CONTRACT

**SOUTHWEST AIRLINES CO. NOTICE OF INCORPORATED TERMS** – Air transportation operated by Southwest Airlines is subject to Southwest Airlines' Passenger Contract of Carriage, the terms of which are incorporated by reference. Incorporated terms include but are not limited to: (1) Limits on liability for loss, damage to, or delayed delivery of passenger baggage, including fragile, perishable, and certain other irreplaceable and/or high-value goods or contents, as specified in Article 75 of the Contract of Carriage. Baggage liability for covered items (except disability assistive devices) is limited to $2,800 per fare-paying Customer unless excess valuation coverage is purchased. (2) Claims restrictions, including timeperiods in which Customers must file a claim or bring an action against Southwest. (3) Our rights to change terms of the Contract. (4) Rules on reservations, checkin times, refusal to carry, and smoking. (5) Our rights and limits of liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft, and rerouting. (6) Overbooking If we deny you boarding due to an oversale and you have obtained your boarding pass and are present and available for boarding in the departure gate area at least ten minutes before scheduled departure, with few exceptions, we compensate you. You may inspect Southwest's Contract of Carriage and Customer Service Commitment at any Southwest ticket counter or online at southwest.com, or obtain a copy by sending a request to: Southwest Airlines, V.P. Customer Relations, PO Box 36647, Dallas, TX 75235-1647. Note: When traveling on any flight operated by another carrier, that operating carrier's contract of carriage applies.

**Checkin Rules:** Flights operated by Southwest Airlines: Passengers who do not obtain a boarding pass and are not present and available for boarding in the departure gate area at least ten minutes prior to schedule departure time may have their reserved space cancelled and will not be eligible for denied boarding compensation.

**REFUND AND EXCHANGES:** Any change to this itinerary may result in a fare increase. Unless otherwise noted if you do not travel on this itinerary, you may qualify for a refund or exchange. To apply for a refund, please call 1-800-I-FLY-SWA. Written requests should include a copy of this document and be addressed to: Southwest Airlines Refund Department 6RF, PO Box 36649, Dallas, TX 75235-1649



**REAL PROPERTY TAX BILL**

Natwar M. Gandhi – Chief Financial Officer
Sherryl Hobbs Newman – Deputy Chief Financial Officer
Government of the District of Columbia

Office of Tax and Revenue
P.O. Box 98095 • Washington, DC 20090-8095

| Square | Suffix | Lot | Property Address | Mrtg. No. | Assessment | Tax Rate/$100 | Annual Tax |
|---|---|---|---|---|---|---|---|
| 2967 |  | 0073 | 6920 8TH ST NW | 0 | 294,420 | 0.92 | 2,708.66 |

Notice Number: 3734320060826

#BYNQJCZ
#2967 0000 0073 RPT7#
MILLER GREEN JR
700 7TH ST SW APT 508
WASHINGTON, DC 20024-2403

Amount Enclosed: $

For Official Use Only:

| PAYMENT DUE BY: | Sep 25, 2006 | AMOUNT DUE: | 44,515.92 |
|---|---|---|---|

0 2967     0073 062187119 0004451592

----------PLEASE DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT----------

Notice Number: 3734320060826

### Tax Year 2006 is October 1, 2005 thru September 30, 2006 Class 001

| Square | Suffix | Lot | Property Address | Mrtg. No. | Assessment | Tax Rate/$100 | Annual Tax |
|---|---|---|---|---|---|---|---|
| 2967 |  | 0073 | 6920 8TH ST NW | 0 | 294,420 | 0.92 | 2,708.66 |

| DESCRIPTION | TAX | PENALTY | INTEREST | PAYMENT | TOTAL |
|---|---|---|---|---|---|
| 2006 Second Half | 1,354.33 |  |  |  | 1,354.33 |
| 2006 First Half | 1,354.33 | 135.43 | 121.89 |  | 1,611.65 |
| 2005 Pre-complaint Legal Expense Fee |  |  |  |  | 26.50 |
| 2005 Tax Sale | 39,735.35 |  | 1,788.09 |  | 41,523.44 |
|  |  |  |  |  | 44,515.92 |

```
WACHOVIA BANK, NA
HOWARD UNIVERSITY
WASHINGTON, DC

PAYMENT FOR UTILITY
ACCT: 2967 0073
DC PROPERTY TAX
AMOUNT           $45,944.98
12/13/06  97355  0047  # 133

           Time:  11:40 AM

Calendar Date: 12/13/06
Deposit Effective Date: 12/13/06



Thank You For Your Business
           Wachovia
```

R TAX BILL AT ANY WACHOVIA BANK IN WASHINGTON, DC.
IS USED TO PAY THE GENERAL OBLIGATION BONDS DEBT SERVICE REQUIREMENT.
NCLUDING AN ATTORNEY'S FEE) AND COSTS. YOU HAVE NOT REDEEMED YOUR PROPERTY UNTIL
D IN FULL.
AX FOR EACH PROPERTY SOLD AT TAX SALE.

CHOVIA BANK. N.A.
DEC 1 3 2006
97355
TELLER NO. 0047

WACHOVIA BANK. N.A.
DEC 1 3 2006
97355
TELLER NO. 0047

| Payment Due By: | Sep 25, 2006 | Amount Due: | 44,515.92 |
|---|---|---|---|
| Payment Due By: | Oct 25, 2006 | Amount Due: | 45,308.32 |
| Payment Due By: | Nov 24, 2006 | Amount Due: | 45,944.98 |


Natwar M. Gandhi – Chief Financial Officer
Sherryl Hobbs Newman – Deputy Chief Financial Officer
Government of the District of Columbia

**REAL PROPERTY TAX BILL**
Office of Tax and Revenue
P.O. Box 98095 • Washington, DC 20090-8095
Case 1:06-cv-01935-JDB   Document 11   Filed 01/08/2007   Page 6 of 6

| Square | Suffix | Lot | Property Address | Mrtg. No. | Assessment | Tax Rate/$100 | Annual Tax |
|---|---|---|---|---|---|---|---|
| 2663 | | 0834 | 2560 UNIVERSITY PL NW | 0 | 793,620 | 0.92 | 7,301.30 |

Notice Number: 3724308060826

#BYNQJCZ
#2663 0000 0834 RPT4#
MILLER GREEN JR
700 7TH ST SW APT 508
WASHINGTON, DC 20024-2403

Amount Enclosed: $ ☐☐☐,☐☐☐,☐☐☐.☐☐

For Official Use Only: ☐☐☐☐☐

| PAYMENT DUE BY: | Sep 25, 2006 | AMOUNT DUE: | 90,733.76 |
|---|---|---|---|

1  2663    0834 062177540 0009073376

--------------PLEASE DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT--------------

Notice Number: 3724308060826

### Tax Year 2006 is October 1, 2005 thru September 30, 2006 Class 001

| Square | Suffix | Lot | Property Address | Mrtg. No. | Assessment | Tax Rate/$100 | Annual Tax |
|---|---|---|---|---|---|---|---|
| 2663 | | 0834 | 2560 UNIVERSITY PL NW | 0 | 793,620 | 0.92 | 7,301.30 |

| DESCRIPTION | TAX | PENALTY | INTEREST | PAYMENT | TOTAL |
|---|---|---|---|---|---|
| 2006 Second Half | 3,650.65 | | | | 3,650.65 |
| 2006 First Half | 3,650.65 | 365.07 | 328.56 | | 4,344.28 |
| 2005 Pre-complaint Legal Expense Fee | | | | | 26.50 |
| 2005 Tax Sale | 76,921.79 | | 3,461.48 | | 80,383.27 |
| 1993 Tax Sale | 1,073.28 | | 1,255.78 | | 2,329.06 |
| | | | | | 90,733.76 |

WACHOVIA BANK, NA
HOWARD UNIVERSITY
WASHINGTON, DC

PAYMENT FOR UTILITY
ACCT: 2663 0834
DC PROPERTY TAX
AMOUNT        $93,712.48
12/13/06   97355   0047   # 135

Time: 11:41 AM

Calendar Date: 12/13/06
Deposit Effective Date: 12/13/06

Thank You For Your Business
        Wachovia

...R TAX BILL AT ANY WACHOVIA BANK IN WASHINGTON, DC.
...IS USED TO PAY THE GENERAL OBLIGATION BONDS DEBT SERVICE REQUIREMENT.
...INCLUDING AN ATTORNEY'S FEE) AND COSTS. YOU HAVE NOT REDEEMED YOUR PROPERTY UNTIL
...D IN FULL.
...AX FOR EACH PROPERTY SOLD AT TAX SALE.

WACHOVIA BANK N.A.
DEC 13 2006
97355
TELLER NO. 0047

| Payment Due By: | Sep 25, 2006 | Amount Due: | 90,733.76 |
|---|---|---|---|
| Payment Due By: | Oct 25, 2006 | Amount Due: | 92,433.04 |
| Payment Due By: | Nov 24, 2006 | Amount Due: | 93,712.48 |