UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**GREEN MILLER, JR.,** *pro se*

    **Plaintiff,**

    **v.**

**DISTRICT OF COLUMBIA, ET AL.**

    **Defendants.**

Civil Action No. 06-1935 (JDB)

## ORDER

Upon consideration of [11] plaintiff's motion for an extension of time to oppose defendants' motion to dismiss, and the entire record herein, it is hereby

**ORDERED** that plaintiff's motion is **GRANTED**; and it is further

**ORDERED** that plaintiff shall file his opposition to the defendants' motion to dismiss by not later than March 5, 2007; and it is further

**ORDERED** that defendants shall file any reply in support of their motion by not later than March 14, 2007.

    **SO ORDERED.**

                                            /s/     John D. Bates
                                            JOHN D. BATES
                                      United States District Judge

Dated:    January 10, 2007

*Copies to:*

Green Miller, Jr.
700 Seventh Street, SW
Apartment 508
Washington, DC 20024
(202) 488-1449
    *Pro se plaintiff*

David Fisher
District of Columbia Attorney General
441 4th Street, NW, Suite 600N
Washington, DC 20001
(202) 724-6658
Fax: (202) 727-6014
Email: david.fisher@dc.gov
    *Counsel for defendant*