UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREEN MILLER, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA, ET AL.,**<br><br>Defendants. | Civil Action No. 06-1935  (JDB) |

### ORDER

Upon consideration of defendant's motion to dismiss for lack of subject-matter jurisdiction, the opposition thereto, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 18th day of June, 2007, hereby

**ORDERED** that defendant's motion to dismiss is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that those aspects of plaintiff's suit seeking to set aside, enjoin, or otherwise contest the sale of his properties at a District of Columbia tax auction are dismissed for lack of subject-matter jurisdiction; and it is further

**ORDERED** that plaintiff's surviving claim for damages under 11 U.S.C. § 362(k) is transferred to the U.S. Bankruptcy Court for the District of Columbia pursuant to 28 U.S.C. § 157(a) and DCt.LBR 5011-1.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated:   June 18, 2007